GEORGEANA K. ROUSSOS, CA Bar No. 152144
P.O. Box 86
San Anselmo, CA  94979
Tel. (415) 252-1922
Fax.(833) 884-8476
Email: gkr327@gmail.com
Attorney for Plaintiff Kevin Polonsky

Erin Highland, Assistant Regional Counsel
Social Security Administration – O.G.C.
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: erin.highland@ssa.gov
Attorneys for Defendant Commissioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRECE HOLLOMON,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SOCIAL SECURITY COMMISSIONER,<br>　　　　Defendant. | Case No. 3:25-CV-10771 RFL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Plaintiff to file her Motion for Summary Judgment shall be extended until July 3,2026 pending approval from this Court.  Counsel needs additional time to finalize her motion for summary judgment which involves complex medical issues and six thousand four hundred pages of evidence.

　　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Plaintiff makes this request in good faith without intention to unduly delay the proceedings.

Respectfully submitted,

Dated:  June 8, 2026　　　　　　/s/  *Georgeana Roussos*　　　
　　　　　　　　　　　　　　　　GEORGEANA ROUSSOS
　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated:  June 8, 2026　　　　　　*/s/ Erin Highland\**
　　　　　　　　　　　　　　　　ERIN HIGHLAND
\* As authorized by email　　　Assistant Regional Counsel
　On June 8, 2026　　　　　　 Social Security Administration

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATRECE HOLLOMON,
     Plaintiff,

v.

COMMISSIONER of SOCIAL SECURITY,
     Defendant.

Case No. 3:25-CV-10771 RFL

[PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE

IT IS HEREBY ORDERED that the Joint Stipulation for an Extension of Time for Plaintiff to File her Motion for Summary Judgment is hereby GRANTED. Plaintiff shall file his Motion for Summary Judgment on or before July 3, 2026. All other deadlines shall be extended accordingly.

APPROVED AND SO ORDERED:

Dated:  June 11, 2026                                 
HON. RITA F. LIN
United States District Judge